UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1861 (EGS) |
| | ) |
| THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS | ) |
| 825 North Capitol St., N.E. | ) |
| Washington, DC 20002 | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### DEFENDANT DISTRICT OF COLUMBIA PUBLIC SCHOOLS' MOTION TO DISMISS THE COMPLAINT

Defendant District of Columbia Public Schools, through counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court to dismiss the plaintiff's complaint because the District of Columbia Public Schools is non sui juris.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Kimberly Matthews Johnson /s/
KIMBERLY MATTHEWS JOHNSON [435163]
Chief, General Litigation Section I

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1861 (EGS) |
| ) | |
| THE DISTRICT OF COLUMBIA PUBLIC ) | |
| SCHOOLS ) | |
| 825 North Capitol St., N.E. ) | |
| Washington, DC 20002 ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA PUBLIC SCHOOLS' MOTION TO DISMISS THE COMPLAINT

This Court should dismiss the complaint for failure to state a claim against this defendant. Plaintiff files this pro se lawsuit against the District of Columbia Public Schools alleging discrimination in her employment in violation of Title VII of the Civil Rights Act of 1964 and the D.C. Human Rights Act.

As an agency within the District of Columbia Government, the District of Columbia Public Schools is non sui juris and cannot be a party to this lawsuit. See, e.g., Foggy Bottom Assoc. v. D.C. Office of Planning, 441 F. Supp. 2d 84, 88 (D.D.C. 2006). An agency of the District of Columbia "may be sued in its own right only if the entity has been established as a separate corporate entity" amenable to suit. Ray v. District of Columbia, 535 A.2d 868, 870 n.2 (D.C. 1987). With regard to the District of Columbia Public Schools, the statutory authority for the Board of Education and the Superintendent, set forth in D.C. Code § 38-101 (2001), et seq., contain no provision for the District of Columbia Public Schools to be sued in its own name. Accordingly, the defendant District of Columbia Public Schools is not a proper party to this

action, and plaintiff has failed to state a claim against this defendant upon which relief can be granted.

        Respectfully submitted,

        EUGENE A. ADAMS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Kimberly Matthews Johnson /s/
        KIMBERLY MATTHEWS JOHNSON [435163]
        Chief, General Litigation Section I

        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email:  carl.schifferle@dc.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing motion and accompanying memorandum of points and authorities and proposed order was mailed on this  21st  day of November, 2006, by first-class mail, postage prepaid, to:

Mildred Musgrove
1010 Taylor St., N.E.
Washington, DC 20017

        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1861 (EGS) |
| | ) |
| THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

ORDER

Upon consideration of the defendant District of Columbia Public Schools' motion to dismiss the complaint, the memorandum of points and authorities filed in support thereof, and any opposition thereto, it is by the Court this ____ day of _____, 2006,

ORDERED, that the defendant District of Columbia Public Schools' motion to dismiss the complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the complaint against the District of Columbia Public Schools is DISMISSED.

_____
EMMET G. SULLIVAN
U.S. DISTRICT JUDGE