AO 440 (Rev. DC - September 2003) Summons in a Civil Action

06-1861

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 1, 2006 |
| NAME OF SERVER *(PRINT)* Mildred L. Musgrove | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: D.C. Office of the Attorney General 441 4th Street, N.W. - 6th Floor South - Washington, DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 1, 2006        *Mildred L. Musgrove*
           Date                              *Signature of Server*

1010 Taylor Street, N.E.
Washington, D.C. 20017
*Address of Server*

**RECEIVED**

NOV 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.