UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MILDRED MUSGROVE<br>1010 Taylor St., NE<br>Washington, DC 20017<br><br>Plaintiff,<br><br>v.<br><br>THE DISRICT OF COLUMBIA<br>PUBLIC SCHOOLS<br>825 North Capitol St., NE<br>Washington, DC 20002<br><br><br>Defendant | Civil Action No.   06-1861 (EGS) |

RECEIVED
DEC 4 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## OPPOSITION TO DEFENDANTS MOTION TO DISMISS THE COMPLAINT

Plaintiff as a pro se litigant, hereby moves this court to deny the defendant's motion to dismiss the complaint as moot as Plaintiff has filed a motion to amend the instant complaint.

## MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

The record herein.

Respectfully submitted,

*Mildred L. Musgrove*
Dr. Mildred Musgrove
Litigant Pro Se
1010 Taylor St, NE
Washington, DC 20017
(202) 635-7080

December 1, 2006

Page 1