UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

**RECEIVED**
APR 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MILDRED MUSGROVE )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF )<br>THE DISRICT OF COLUMBIA )<br>)<br>)<br>Defendant ) | Civil Action No.  06-1861 (EGS) |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff, acting in her capacity as a Litigant Pro Se hereby files this motion for, and memorandum in support of, default judgment against the defendant, District of Columbia Public Schools pursuant to Fed R. Civ. Pro. 55(a).

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Fed. R. Civ. Pro. 55(a) clearly states that when a party against whom a judgment for affirmative relief is sough has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Plaintiff filed this complaint on or about November 1, 2006. The complaint was served on November 1, 2006. The defendant filed a motion to dismiss the complaint on November 21, 2006. The plaintiff filed a motion to file for leave to file an amended complaint shortly thereafter. That motion was granted on January 18, 2007. As of the date of this filing, the defendant has failed to file an answer or otherwise reply to the amended complaint. Therefore, pursuant to Rule 55, default judgment is requested.  See generally, International Painters & Allied Trades Industry Pension Fund v. CH-IK Painting, Inc., 466 F.Supp.2d 184 (D.D.C. 2006).

Respectfully submitted,

Page 1

*Mildred Musgrove*
Dr. Mildred Musgrove
Litigant Pro Se
1010 Taylor St, NE
Washington, DC 20017
(202) 635-7080

April 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion for ENTRY OF DEFAULT and accompanying memorandums of points and authorities and proposed order was mailed this 25th day of April, 2007, by first-class mail, postage prepaid, to:

Government of the District of Columbia
Eugene Adams
Assistant Attorney General
Suite 600S
441 4th St., NW
Washington, DC 20001

*Mildred Musgrove*
Dr. Mildred Musgrove

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MILDRED MUSGROVE )<br>1010 Taylor St., NE )<br>Washington, DC 20017 )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>THE GOVERNMENT OF )<br>THE DISRICT OF COLUMBIA )<br>   )<br>   Defendant ) | Civil Action No.   06-1861 (EGS) |

## ORDER

UPON CONSIDERATION of PLAINTIFF's Motion for Entry of Default, submitted under FED. R. CIV. P. 55, it is this _____ day of _____, 2007 hereby ORDERED, that the motion is GRANTED, and the Clerk is directed to enter an order of default against the Defendant without prejudice.

_____
Judge Emmet G. Sullivan