UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**Mildred Musgrove,**                )
                                     )
      **Plaintiff,**             )
                                     )
                                     )   Case No.: 06-1861 (EGS)
      v.                        )
                                     )
**The Government of the District of** )
**The District of Columbia,**        )
                                     )
      **Defendant.**             )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR ENTRY OF DEFAULT

The District of Columbia Government submits this opposition to Plaintiff's Motion for Entry of Defualt.

The District of Columbia opposes Plaintiff's Motion for Entry of Default on grounds that Plaintiff has failed to set forth any legitimate reason for this Count to enter default against the District.

After the District of Columbia moved to dismiss Plaintiff's initial complaint that she had filed against a *non sui juris* entity (the D.C. Public Schools) (*see* Docket No. 2), Plaintiff requested leave to file an amended complaint (Docket No.5). This Count granted Plaintiff's motion on January 18, 2007.

Even though Plaintiff's amended complaint was filed with this Court on January 18, 2007, (Docket No.6), Plaintiff has failed to serve the District with a summon and the amended complaint. See Fed.R.Civ.P.4. Accordingly, the Government of the District of Columbia is not required to answer the amended complaint until it is served with the summon and amended complaint. Therefore, Plaintiff's

1

motion requesting that this Court enter a default against the Government of the District of Columbia for its alleged failure to answer an amended complaint lacks merit.

## CONCLUSION

Plaintiff's motion must be denied.

Respectfully submitted,

_____/s/_____
Phillip A. Lattimore, III [422968]
Section Chief
General Litigation III
Civil Litigation Division
Office of the Attorney General
Washington, DC 20001

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by either first class mail, postage prepaid, and/or by electronic mail on or about May 4, 2007, on the following :

Dr. Mildred Musgrove
1010 Taylor Street, NE
Washington, DC  20017

_____
Phillip A. Lattimore III

| | |
|---|---|
| **Mildred Musgrove,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Case No.: 06-1861 (EGS)** |
| v. | ) |
| | ) |
| **The Government of the District of** | ) |
| **The District of Columbia,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of Plaintiff's Motion for Entry of Default, Defendant' Memorandum of Points and Authorities in Opposition, and the facts and law considered, thereto, it is hereby

**ORDERED**;

Plaintiff's Motion for Entry of Default is **DENIED**.

So **ORDERED** this _____ day of _____, 2007

_____
Emmet G. Sullivan
United States District Judge

3