UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE,<br><br>            Plaintiff,<br><br>      v.<br><br>THE GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA,<br><br>            Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-1681(EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Pending before the Court is plaintiff's motion for entry of default under Federal Rule of Civil Procedure 55. In response, defendant has stated that plaintiff has failed to serve defendant with a summons and the amended complaint. Plaintiff has not disputed this assertion. Therefore, entry of default is inappropriate. *See* Fed. R. Civ. P. 12(a)(1)(A), 55(a); *Abur v. Republic of Sudan*, 437 F. Supp. 2d 166, 169 (D.D.C. 2006). Accordingly, it is by the Court hereby

**ORDERED** that plaintiff's motion for entry of default is **DENIED;** and it is

**FURTHER ORDERED** that plaintiff shall properly serve defendant no later than **July 2, 2007.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            May 21, 2007**