15 June 2007

US District Court for the DC Circuit
Office of the Clerk
333 Constitution Ave., NW
Washington, DC 20001

**RECEIVED**

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

      Re:    Musgrove v. DCPS
             01: 06cv01861

To the Clerk,

    Please find attached the return of service of the amended complaint for the above case. I served process myself as a pro se litigant.

                                      Mildred L. Musgrove

Cc:    Chambers of Judge Emmet G. Sullivan

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing amended complaint was mailed this 15th day of June, 2007, by first-class mail, postage prepaid, to:

Government of the District of Columbia
Eugene Adams
Assistant Attorney General
Suite 600S
441 4th St., NW
Washington, DC 20001

*Mildred Musgrove*
Dr. Mildred Musgrove

Page 7