UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1861 (EGS) |
| | ) |
| THE GOVERNMENT OF | ) |
| THE DISTRICT OF COLUMBIA | ) |
| 441 4th Street, N.W. | ) |
| Washington, DC 20001 | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant District of Columbia, through counsel and pursuant to Fed. R. Civ. P. 12(b)(5), respectfully moves this Court to dismiss the plaintiff's amended complaint for insufficiency of service of process.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 06-1861 (EGS) |
| | ) |
| THE GOVERNMENT OF | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS THE AMENDED COMPLAINT

This Court should dismiss the complaint for failure to properly serve this defendant. Plaintiff files this pro se lawsuit alleging discrimination in her employment in violation of Title VII of the Civil Rights Act of 1964 and the D.C. Human Rights Act. Plaintiff originally sued D.C. Public Schools but then amended her complaint to substitute the District of Columbia as the defendant.

After plaintiff substituted the District of Columbia as the defendant, this Court ordered plaintiff to serve the defendant no later than July 2, 2007. On June 15, 2007, plaintiff sent by first-class mail her amended complaint, without a summons, to Eugene Adams (Chief Deputy Attorney General) with the Office of the Attorney General of the District of Columbia. (Pl. Notice [Docket No. 10]). This is not proper service on the District of Columbia, which requires "delivering a copy of the summons and the complaint to the [District's] chief executive officer." Fed. R. Civ. P. 4(j). It also does not comply with the manner prescribed by local law for service upon the District of Columbia. See Super. Ct. Civ. R. 4(j). Accordingly, this Court should

dismiss plaintiff's amended complaint for failure to serve this defendant in a proper and timely manner.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and accompanying memorandum of points and authorities and proposed order was mailed on this  9th  day of July, 2007, by first-class mail, postage prepaid, to:

Mildred Musgrove
1010 Taylor St., N.E.
Washington, DC 20017

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1861 (EGS) |
| | ) |
| THE GOVERNMENT OF | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

Upon consideration of the defendant District of Columbia's motion to dismiss the complaint, the memorandum of points and authorities filed in support thereof, and any opposition thereto, it is by the Court this _____ day of _____, 2007,

ORDERED, that the defendant District of Columbia's motion to dismiss the complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the complaint against the District of Columbia is DISMISSED.

_____
EMMET G. SULLIVAN
U.S. DISTRICT JUDGE