UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MILDRED MUSGROVE ) ) ) ) Plaintiff, ) ) v. ) ) THE GOVERNMENT OF THE ) DISTRICT OF COLUMBIA ) ) ) ) ) Defendant ) ) | Civil Action No. 06-1861 (EGS) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

Plaintiff Mildred Musgrove, as a litigant Pro Se and pursuant to Fed. R. Civ. P. 12(b)(5), respectfully opposes the defendant's motion to dismiss the Plaintiff's amended complaint for insufficiency of process.

The grounds for this opposition are set forth in the accompanying Memorandum of Points and Authorities, which is attached and incorporated by reference.

Respectfully submitted,

*Mildred Musgrove*

Dr. Mildred Musgrove
Litigant Pro Se
1010 Taylor St, NE
Washington, DC 20017
(202) 635-7080

**RECEIVED**

JUL 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

13 July 2007

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MILDRED MUSGROVE ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE GOVERNMENT OF THE ) <br> DISTRICT OF COLUMBIA ) <br> ) <br> ) <br> ) <br> ) <br> Defendant ) <br> ) | Civil Action No.   06-1861 (EGS) |

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOAITION OF DEFENDANTS MOTION TO DISMISS THE AMENDED COMPLAINT</u>

The defendant filed a motion to dismiss the complaint based on the court's last order to properly serve the defendant with the amended complaint no later than July 2, 2007. On June 15, 2007 the Plaintiff sent by first class mail her amended complaint to the Office of the Attorney General of the District of Columbia. The defendant claims that, pursuant to Fed. R. Civ. P. 4(j), this is not proper service on the "..District of Columbia, which requires delivering a copy of the summons and complaint to the [District's} chief executive officer." See defendant's memorandum at 1.

The defendant's reliance on the rule is misplaced. The filing of a <u>complaint</u> is indeed covered under rule 4(j) of both the local and federal rules. However, the plaintiff in this case is not filing or serving a <u>complaint</u> but is filing an **amended complaint** which is a pleading. An amended complaint is a pleading which is covered under rule 5. Specifically stated in the first sentence of

Rule 5, "...every pleading <u>subsequent to the original complaint</u>...shall be served upon each of the parties." Furthermore, Fed. R. Civ. P. 5(b) states that service of a pleading may be made upon mailing and that service by mail is complete upon mailing. Therefore, the plaintiff only needed to file her amended complaint with the court and serve the defendant via copy by mail as would be done with any other pleading.

It is obvious that the defendant in this case wishes to waste both the court's time and that of the Plaintiff. The spirit behind the rules of service is to put the defendant on notice that an action has been initiated against it. In this case, the defendant has been put on notice and is aware of the proceeding. To allow the defendant to hide behind these frivolous arguments involving service is an embarrassment to the People of the District of Columbia and an attempt to embarrass this Court. It is even more embarrassing when the highly paid attorneys of the Government know that the rules that they are twisting do not properly apply to the facts.

It is for this reason that the defendant's motion to dismiss should be denied and this case move forward with all deliberate speed.

Respectfully submitted,

*Mildred Musgrove*
Dr. Mildred Musgrove
Litigant Pro Se
1010 Taylor St, NE
Washington, DC 20017
(202) 635-7080

13 July 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing plaintiff's opposition to defendants motion to dismiss the amended complaint and accompanying memorandums of points and authorities and proposed order was mailed this 13th day of July, 2007, by first-class mail, postage prepaid, to:

Government of the District of Columbia
Carl Schifferle
Assistant Attorney General
Suite 600S
441 4th St., NW
Washington, DC 20001


_____
Dr. Mildred Musgrove

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| MILDRED MUSGROVE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF THE )<br>DISRICT OF COLUMBIA )<br>)<br>)<br>Defendant ) | Civil Action No. 06-1861 (EGS) |

### ORDER

UPON CONSIDERATION of PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT, submitted under FED. R. CIV. P. 5, it is this _____ day of _____, 2007 hereby ORDERED, that the defendant's motion to dismiss is DENIED.

_____
Judge Emmet G. Sullivan