UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MILDRED MUSGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1861 (EGS) |
| | ) |
| THE GOVERNMENT OF | ) |
| THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS THE AMENDED COMPLAINT

Acknowledging that she has not properly served the District of Columbia with the summons and complaint, plaintiff incorrectly contends it is sufficient that the District of Columbia has been "put on notice" of this proceeding. (Opp. 2). Plaintiff originally filed her complaint against District of Columbia Public Schools. The complaint was not properly served on the District of Columbia, and plaintiff later filed an amended complaint substituting the District of Columbia as the defendant. The amended complaint was also never properly served on the District of Columbia, and no summons directing the District of Columbia to respond to the original or amended complaint has ever been received. See Fed. R. Civ. P. 4(j).

Plaintiff attempted service of process on the District of Columbia simply by sending a copy of the amended complaint by first-class mail to the Chief Deputy Attorney General for the District of Columbia. While plaintiff argues that mailing a copy of the amended complaint constitutes service under Civil Rule 5, that rule applies only to service of pleadings and other papers upon defendants who have already been joined in the case through proper service of process under Rule 4. Because plaintiff has not properly served the District of Columbia by July

2, 2007, as required by the Court's Order, and because plaintiff offers no justification for her failure to do so, this Court should dismiss plaintiff's amended complaint.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Phillip A. Lattimore, III /s/
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III


        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email:  carl.schifferle@dc.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing reply memorandum of points and authorities and proposed order was mailed on this __20th__ day of July, 2007, by first-class mail, postage prepaid, to:

Mildred Musgrove
1010 Taylor St., N.E.
Washington, DC 20017

        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE
        Assistant Attorney General