```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

|                                  |                              |
|----------------------------------|------------------------------|
| MILDRED MUSGROVE,               )|                              |
|                                 )|                              |
|            Plaintiff,           )|                              |
|                                 )| Civil Action No. 06-1681(EGS)|
|            v.                   )|                              |
|                                 )|                              |
| THE GOVERNMENT OF THE           )|                              |
| DISTRICT OF COLUMBIA,           )|                              |
|                                 )|                              |
|            Defendant.           )|                              |
|                                 )|                              |

## ORDER

Pending before the Court is defendant's motion to dismiss the amended complaint for insufficiency of service. Plaintiff has never served defendant with a summons and complaint as required by Federal Rule of Civil Procedure 4. Although plaintiff may have now violated Rule 4(m) by failing to properly serve defendant within 120 days, the Court exercises its discretion to extend the time for service because the plaintiff is proceeding pro se. *See Wilson v. Prudential Fin.*, 332 F. Supp. 2d 83, 89-90 (D.D.C. 2004). Accordingly, it is by the Court hereby

**ORDERED** that defendant's motion to dismiss the complaint is **DENIED without prejudice;** and it is

**FURTHER ORDERED** that plaintiff shall serve defendant with a summons and complaint in strict compliance with Rule 4 by no

1

later than **September 14, 2007.** Plaintiff is advised that if service is not properly effected within the proscribed time frame, the Court will dismiss the action without prejudice. *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            August 15, 2007**

Notice to:
Mildred Musgrove
1010 Taylor Street, NE
Washington, DC 20017