30 August 2007

US District Court for the DC Circuit
Office of the Clerk
333 Constitution Ave., NW
Washington, DC 20001

      Re:    Musgrove v. DCPS
              01: 06cv01861

**RECEIVED**

SEP - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Clerk,

    Please find attached the return of service of the amended complaint for the above case. I served process myself as a pro se litigant.

                              Mildred L. Musgrove

Cc:    Chambers of Judge Emmet G. Sullivan

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/30/07 |

| NAME OF SERVER (PRINT) Elbert Lindsey Maxwell | TITLE Attorney |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Ms. Darlene Fields, 441 4th St., NW Suite 600S, Office of the Attorney General, Gov't of District of Columbia 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/30/07
            Date            Signature of Server

Address of Server: 1455 Pennsylvania Ave, NW Suite 225, Washington, DC 20004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.