UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, | ) |
|       Plaintiff, | ) ) ) |
|   v. | ) Civil Action No. 06-1861 (EGS) ) |
| THE GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) ) ) |
|       Defendant. | ) ) |
| _____ | ) |

### DEFENDANT DISTRICT OF COLUMBIA'S RENEWED MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant District of Columbia, through counsel and pursuant to Fed. R. Civ. P. 12(b)(5), respectfully moves this Court to dismiss the plaintiff's amended complaint for insufficiency of service of process.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto and incorporated by reference.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GOVERNMENT OF )<br>THE DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1861 (EGS) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S RENEWED MOTION TO DISMISS THE AMENDED COMPLAINT

I.  INTRODUCTION

This Court should dismiss the complaint for failure to properly serve this defendant. Plaintiff files this pro se lawsuit alleging discrimination in her employment in violation of Title VII of the Civil Rights Act of 1964 and the D.C. Human Rights Act. Plaintiff originally sued D.C. Public Schools but then amended her complaint on January 18, 2007, to substitute the District of Columbia as the defendant.

After plaintiff substituted the District of Columbia as the defendant, this Court allowed the plaintiff to serve the defendant by July 2, 2007. On June 15, 2007, plaintiff sent by first-class mail her amended complaint to Eugene Adams (Chief Deputy Attorney General) with the Office of the Attorney General of the District of Columbia. The District filed a motion to dismiss for insufficiency of service on July 9, 2007. In the motion, the District argued that plaintiff had not delivered a copy of the summons and the complaint to the District's chief executive officer, Fed.

R. Civ. P. 4(j), or complied with the manner prescribed by local law for service upon the District of Columbia.  Super. Ct. Civ. R. 4(j).

In ruling on the motion, the Court determined that "plaintiff may have now violated Rule 4(m) by failing to properly serve defendant within 120 days."  (Order 8/15/07).  Nevertheless, the Court denied the District's motion without prejudice and permitted plaintiff an additional period of time to effect service.  The Court ordered that "plaintiff shall serve the defendant with a summons and complaint in strict compliance with Rule 4 by no later than **September 14, 2007**."  The Court's Order advised plaintiff that "if service is not properly effected within the prescribed time frame, the Court will dismiss the action without prejudice."

On August 30, 2007, plaintiff served the Attorney General for the District of Columbia with the summons and amended complaint.  Plaintiff filed proof of service thereof on September 6, 2007.  Because the plaintiff has still not properly served the District of Columbia in compliance with the Court's Order, the District hereby renews its motion to dismiss the complaint for insufficiency of service of process.

II.    ARGUMENT

    A.    Plaintiff's Amended Complaint Should Be Dismissed for Insufficiency of Service of Process.

Plaintiff failed to properly serve the defendant District of Columbia.  Under Fed. R. Civ. 4(j), service of process upon a municipality such as the District of Columbia "shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer."  By statute, the Mayor is the chief executive officer of the District of Columbia Government.  D.C. Code § 1-204.22 (2001).  Alternatively, plaintiff may also serve the summons and complaint in

2

the manner prescribed by local law for the service of a summons.  Fed. R. Civ. P. 4(j).  Under the local rule, Super. Ct. Civ. R. 4(j), plaintiff must serve both the Mayor and the Attorney General (formerly Corporation Counsel) to effect proper service of the District of Columbia.  Dorsey v. District of Columbia, 839 A.2d 667, 668 (D.C. 2003).

Service of process is insufficient because plaintiff failed to serve the Mayor with the summons or amended complaint.  Plaintiff instead served the Attorney General for the District of Columbia.  Because the Mayor, not the Attorney General, is District Government's chief executive officer, plaintiff did not comply with the first option for service under Fed. R. Civ. P. 4(j).  Moreover, plaintiff did not comply with the alternative option for service in compliance with Super. Ct. Civ. 4(j), which requires service on both the Mayor and the Attorney General.  The D.C. Court of Appeals has rejected any notion that service upon the Attorney General alone is proper service of process upon the District under the local rule.  Thompson v. District of Columbia, 863 A.2d 814, 817-18 (D.C. 2004).

Because the plaintiff has not properly served the District, plaintiff's complaint should be dismissed.  Plaintiff has been given multiple extensions of time to effect service of her amended complaint, which was filed on January 18, 2007.  The Court's latest order stated that it would dismiss the amended complaint if plaintiff failed to serve the District in "strict compliance" with Rule 4 by September 14, 2007.  (Order 8/15/07).  Plaintiff did not comply with the Court's Order.  Although plaintiff is nominally a pro se litigant, the form and substance of her pleadings and various papers reflect significant legal knowledge, presumably as the result of the assistance of counsel (if plaintiff is not an attorney herself).

III.   CONCLUSION

      For the foregoing reasons, this Court should dismiss plaintiff's complaint for insufficiency of service of process.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General, Civil Litigation Division


      /s/ Phillip A. Lattimore, III /s/
      PHILLIP A. LATTIMORE, III [422968]
      Chief, General Litigation Section III


      /s/ Carl J. Schifferle /s/
      CARL J. SCHIFFERLE [463491]
      Assistant Attorney General
      Suite 600S
      441 Fourth Street, N.W.
      Washington, D.C. 20001
      (202) 724-6624
      (202) 727-3625 (fax)
      Email:  carl.schifferle@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and accompanying memorandum of points and authorities and proposed order was mailed on this  19th  day of September, 2007, by first-class mail, postage prepaid, to:

Mildred Musgrove
1010 Taylor St., N.E.
Washington, DC 20017

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1861 (EGS) |
| ) | |
| THE GOVERNMENT OF ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

Upon consideration of the defendant District of Columbia's renewed motion to dismiss the amended complaint, the memorandum of points and authorities filed in support thereof, and any opposition and reply thereto, it is by the Court this _____ day of _____, 2007,

ORDERED, that the defendant District of Columbia's renewed motion to dismiss the amended complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the amended complaint against the District of Columbia is DISMISSED.

                                                              _____
                                                              EMMET G. SULLIVAN
                                                              U.S. DISTRICT JUDGE

Notice to:

Mildred Musgrove
1010 Taylor St., N.E.
Washington, DC 20017