UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

**RECEIVED**

OCT 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **MILDRED MUSGROVE** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1861 (EGS) |
| ) | |
| v. ) | |
| ) | |
| **THE GOVERNMENT OF THE** ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| Defendant ) | |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS THE COMPLAINT

Plaintiff hereby files this opposition to the defendant's motion to dismiss the complaint.

A. Plaintiff's Amended Complaint Should Not Be Dismissed for Insufficiency of Service of Process.

Plaintiff did properly serve the defendant in this case. On November 1, 2006 when this case was originally filed, the plaintiff did go to the Office of the Mayor at 11 a.m. She was told at the Mayor's office that service of process on the Mayor was done at the Attorney General's Office and NOT at the Mayor's office. Clerks at the Mayor's office in the Wilson Building on Pennsylvania Avenue literally refused to accept any legal documents at that address. As a pro se litigant, she followed the instructions given to her and effected service at the Office of the Attorney General for both the Mayor and the Attorney General. A copy of the Return of Service was filed with this court that day and hand delivered to this Court.

In the alternative, Plaintiff requests a hearing in Court before the Judge to put on the record, the events of Noveber 1, 2006 and to formally, in person, request an extension of time to properly effect service on the Mayor.

                        Respectfully submitted,

                        *Mildred Musgrove*
                        Dr. Mildred Musgrove
                        Litigant Pro Se
                        1010 Taylor St, NE
                        Washington, DC 20017
                        (202) 635-7080

September 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing amended complaint was mailed this 28th day of September, 2007, by first-class mail, postage prepaid, to:

Government of the District of Columbia
Linda Singer
Attorney General
Suite 600S
441 4th St., NW
Washington, DC 20001


*Mildred Musgrove*
Dr. Mildred Musgrove