UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1861 (EGS) |
| ) | |
| THE GOVERNMENT OF ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS THE AMENDED COMPLAINT

Plaintiff did not serve the Mayor in this case. Plaintiff's statement that she attempted to serve the Mayor is unsworn and not contained in any affidavit of service. Moreover, the summons that plaintiff served on November 1, 2006, was directed to the "Office of the Attorney General." (Exh. A). The Mayor's Office would not have accepted a summons directed to the "Office of the Attorney General" but would have properly directed plaintiff to the Office of the Attorney General. The Office of the Attorney General accepted the summons as addressed to it but cannot accept service on the Mayor. In addition, the defendant that plaintiff named in that original complaint and summons ("D.C. Public Schools") is not the defendant that plaintiff now seeks to join in her amended complaint ("Government of the District of Columbia").

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov


CERTIFICATE OF SERVICE


I hereby certify that a copy of the foregoing reply memorandum was mailed on this  10th

day of October, 2007, by first-class mail, postage prepaid, to:

Mildred Musgrove
1010 Taylor St., N.E.
Washington, DC 20017


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

2

Rec. 11/01/06
2:39 PM

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mildred Musgrove
1010 Taylor St., NE
Washington, DC 20012

**SUMMONS IN A CIVIL CASE**

V.

DC Public Schools
825 North Capitol St., NE
Washington, DC 20002

CASE NUMBER  1:06CV01861

JUDGE: Emmet G. Sullivan

DECK TYPE: Employment Discrimination

DATE STAMP: 11/01/2006

TO: (Name and address of Defendant)

Served

D.C. Public Schools
Office of the Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE ~~~~~~~~~ (name and address)

Dr. Mildred Musgrove
Litigant Pro-Se
1010 Taylor St., NE
Washington, DC 20012

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV - 1 2006

CLERK                                DATE

_Maureen Higgins_
(By) DEPUTY CLERK