UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MILDRED MUSGROVE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-1861(EGS) |
| | : | Judge Emmet G. Sullivan |
| | : | |
| DISTRICT OF COLUMBIA PUBLIC SCHOOLS, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

**NOTICE OF ENRY OF APPEARANCE**

The Court will please enter the appearance of Assistant Attorney General Kerslyn D. Featherstone on behalf of the Defendant in the above matter.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_Phillip A. Lattimore, III____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
E-Mail: Phillip.lattimore@dc.gov

1

           */s/ Kerslyn D. Featherstone*
KERSLYN D. FEATHERSTONE [478758]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: Kerslyn.Featherstone@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe was served via Electronic Case Filing on this  31st  day of  January, 2008  to:

Mildred Musgrove
1010 Taylor Street, NE
Washington, DC 20017
*Pro Se Plaintiff*


       */s/* Kerslyn D. Featherstone
Kerslyn D. Featherstone
Assistant Attorney General