THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, )<br>)<br>Plaintiff )<br>V. )<br>)<br>)<br>THE GOVERNMENT OF THE DISTRICT )<br>OF COLUMBIA )<br>)<br>Defendant )<br>) | Case No. 06-1861 (EGS)<br>Judge Emmet Sullivan |

## NOTICE OF ENTRY OF APPEARANCE

The Court will please enter the appearance of E. Lindsey Maxwell II on behalf of the Plaintiff in this matter.

Respectfully Submitted,

*/s/ E. Lindsey Maxwell II*
E. Lindsey Maxwell II, Esq.
Bar No. 480035
Attorney for the Plaintiff
The Intersect Law Group, PLLC
1629 K Street, NW
Suite 300
Washington, DC 20006
(202) 508-3890
(202) 331-3759 (f)

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the aforementioned notice in this action was served this 25th Day of February 2008 via first class postage pre-paid mail to the following address.

Kerslyn D. Featherstone
Assistant Attorney General
441 4th St., NW
6th Floor South
Washington, DC 20001

/s/ E. Lindsey Maxwell II
E. Lindsey Maxwell II, Esq.