### THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **MILDRED MUSGROVE,** ) | |
| ) | |
| **Plaintiff** ) | |
| **V.** ) | |
| ) | **Case No. 06-1861 (EGS)** |
| ) | **Judge Emmet G. Sullivan** |
| **THE GOVERNMENT OF THE DISTRICT** ) | |
| **OF COLUMBIA** ) | |
| ) | |
| **Defendant** ) | |

### PLAINTIFF'S MOTION FOR STATUS CONFERENCE

Plaintiff, by and through her undersigned counsel, hereby moves this court to convene a status conference at the Court's earliest convenience within the next thirty (30) days.  Counsel for the Defendant has been notified of this request and has consented.

Respectfully Submitted,

*/s/ E. Lindsey Maxwell II*
E. Lindsey Maxwell II, Esq.
Bar No. 480035
Attorney for the Plaintiff
The Intersect Law Group, PLLC
1629 K Street, NW
Suite 300
Washington, DC 20006
(202) 508-3890
(202) 331-3759 (f)

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the aforementioned motion for status conference in this action was served this 25th Day of February 2008 via first class postage pre-paid mail to the following address.

Kerslyn D. Featherstone
Assistant Attorney General
441 4th St., NW
6th Floor South
Washington, DC 20001


/s/ E. Lindsey Maxwell II
E. Lindsey Maxwell II, Esq.

.

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MILDRED MUSGROVE,** ) | |
| ) | |
| **Plaintiff** ) | |
| **V.** ) | **Case No. 06-1861 (EGS)** |
| ) | **Judge Emmet G. Sullivan** |
| **THE GOVERNMENT  OF THE DISTRICT** ) | |
| **OF COLUMBIA** ) | |
| ) | |
| **Defendant** ) | |

**ORDER**

After consideration of the Motion for a Status Conference, that Motion is hereby granted and a

status conference is hereby scheduled for the _____th  day of _____, 2008.

_____

Judge Emmet G. Sullivan