# The Intersect Group
**1629 K Street, N.W.  •  Suite 300  •  Washington, D.C.  •  20006**
(202) 508-3890 (p)  •  (202) 331-3759 (f)

Clerk of Court
US District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**RECEIVED**

APR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   Musgrove v. DC
      1:06-cv-01861 EGS

Dear Clerk,

Please find attached the original return of service of this complaint which was made at the Mayor's office. Thank you.

Sincerely,

E. Lindsey Maxwell II, Esq.

CC:   Kerslyn Featherstone, DC Attorney General
      Chambers of Judge Emmett Sullivan

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 4/24/08 |
| NAME OF SERVER (PRINT) Elbert L. Maxwell II | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _Room 419_
   TABATHA BRAXTON

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/24/08__     _[signature]_
            Date              Signature of Server

            1629 K Street, NW
            Suite 300, Washington, DC 20006
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.