THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED MUSGROVE, )<br>)<br>    Plaintiff )<br>V. )<br>)<br>)<br>)<br>THE GOVERNMENT OF THE DISTRICT )<br>OF COLUMBIA )<br>)<br>    Defendant )<br>) | Case No. 06-1861 (EGS)<br>Judge Emmet Sullivan<br><br>NEXT EVENT:<br>Mediation<br>22 May 2008, 2:00 p.m. |

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff's Initial Disclosure is made without the benefit of any discovery.  Plaintiff reserves the right to amend its disclosures to add additional witnesses and supplement the following information as it becomes available.  Pursuant to FRCP 26(a)(1), Plaintiff makes its mandatory initial disclosures as follows:

    I.    Individuals Likely to Have Discoverable Information Related to Plaintiff's Claims

        a.  Individuals Associated with Plaintiff

        Dr. Mildred Musgrove
        1010 Taylor Street, NE
        Washington, DC 20017
        (202) 635-7080

        Plaintiff.  Full knowledge of dispute.

b. Individuals Associated With Defendant

| Name | Title | Telephone |
| --- | --- | --- |
| Ralph Neal | DCPS Asst. Superintendent | (202) 442-5200 |
| Wilma Bonner | DCPS Federal Grants Program | (202) 442-5590 (202) 726-7267 (h) |
| Linette Adams | Retired, DCPS Former Asst. Superintendent | (202) 246-7878 |
| Roceal Duke | DCPS Content Specialist | (202)442-5646 |
| George Gaudette | DCPS Director, STAY Program, Roosevelt Sr. High | (301) 776-2264 (h) (202) 576-6130 |
| Richard Jackson | Principal, Booker T. Washington Public Charter School (Former Principal, Coolidge High School DCPS) | (202) 232-6163 |
| Jerome Shelton | Retired DCPS Sr. High School Principal | (301) 806-3445 |
| Robert Graves | Retired DCPS Sr. High School Principal | (301) 390-7846 (301) 379-2400 |
| Lamar Williams | DCPS Asst. Principal, Anacostia High School | (202) 698-2155 |
| Lisa Savoy | DCPS Asst. Principal, Mamie D. Lee School | (202) 576-6090 |
| Erline Whitaker | DCPS Principal, Spingarn STAY Program | (202) 724-4538 |
| Darlene Allen | Former PTA President, Anacostia Sr. High School | (202) 583-6429 (301) 496-6489 |
| James Campbell | Retired DCPS Sr. High School Principal | (301) 292-2775 |
| Saundra Handy | Director, DCPS Special Programs | (202)368-9820 |
| Pearline Humbles | Retired DCPS Executive Assistant | (301)249-8151 |
| Joan A.T. Kelley | DCPS Principal, Tyler Elementary School | (202) 698-3588 |
| Learie Phillip | DCPS Principal, Roosevelt Sr. High School | (202) 576-6130 |
| Cathy Reilly | Director, Senior High Alliance of Parents, Principals, Educators | (202) 723-3310 |
| Marlene Anderson | Retired DCPS Executive Assistant | (202) 635-3636 |
| Carolyn Powell | Retired, DCPS Instructional | (301) 843-7920 |

| | Coordinator | |
|---|---|---|
| Janice Daughtery | DCPS Teacher, Anacostia Sr. High School | (202) 698-2155 |
| Juanita Grillo | Retired DCPS Teacher | (301) 464-4176 |
| Charles White | DCPS Teacher, Anacostia Sr. High School | (202) 698-2155 |
| Doris Walker | DCPS Teacher, Anacostia Sr. High School | (202) 698-2155 |
| Linda West | DCPS Teacher, Anacostia Sr. High School | (202) 698-2155 |
| Madeline Foreman | DCPS Teacher, Anacostia Sr. High School | (202) 698-2155 |
| Lori Plummer | DCPS Coordinator, Sr. High School Division | (202) 442-5047 |
| Raymond Miller | Principal, Blow-Pierce Public Charter School | (202) 572-1070 |

II.    Documents in Possession or Control of Plaintiff And Related to Plaintiff's Claims
      a. None

III.    Computation of Damages Claimed by Plaintiff
      a. None

IV.    Insurance Agreements Which May Satisfy Part of Judgment
      a. None


Respectfully Submitted,

_____
E. Lindsey Maxwell II, Esq.
Attorney for the Plaintiff
The Intersect Law Group, PLLC
1629 K Street, NW
Suite 300
Washington, DC 20006
(202) 508-3890
(202) 331-3759 (f)

16 May 2008

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of the aforementioned notice in this action was served this 16th Day of May 2008 via first class postage pre-paid mail to the following address.

Kerslyn D. Featherstone
Assistant Attorney General
441 4th St., NW
6th Floor South
Washington, DC 20001

_____
E. Lindsey Maxwell II, Esq.