UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MILDRED MUSGROVE,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-1861 (EGS) |
| | : | Judge Emmet G. Sullivan |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| Defendant, | : | |
| | : | |
| _____ | : | |

**DEFENDANT'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant hereby submits the following initial disclosures:

A.  <u>Persons Likely to Have Discoverable Information (Rule 26(a)(1)(A))</u>

   1. Mildred Musgrove, Former Employee, District of Columbia Public Schools. Subject(s) of information: Plaintiff.

   2. Dr. William Wilhoyte, Employee, District of Columbia Public Schools. <u>Subject(s) of information</u>: He may have knowledge of Defendant's employment practices and/or Plaintiff's allegations.

   3. Valarie Sheppard, Current/Former Employee, District of Columbia Public Schools. <u>Subject(s) of information</u>: She may have knowledge of Defendant's employment practices and/or Plaintiff's allegations.

   4. Loretta Blackwell, Current/Former Employee, District of Columbia Public Schools. <u>Subject(s) of information</u>: She may have knowledge of Defendant's employment practices and/or Plaintiff's allegations.

B.  <u>Documents Relevant to Disputed Facts (Rule 26(a)(1)(B))</u>

   Not Applicable.

C.  <u>Computation of Damages (Rule 26(a)(1)(C))</u>

   Not applicable.

D.  <u>Insurance Agreements (Rule 26(a)(1)(D))</u>

The District of Columbia is self-insured.

Defendant reserves the right to supplement and/or amend these disclosures as additional information becomes available.

Dated: May 15, 2008.

                              Respectfully submitted,

                              PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    */s/ Toni Michelle Jackson*
Toni Michelle Jackson [453765]
Interim Chief, General Litigation, Section III
Civil Litigation Division

    */s/ Kerslyn D. Featherstone*
KERSLYN D. FEATHERSTONE [422968]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6600
F(202) 727-3625